Roslyn Construction Company, Inc., Respondent, v. Thomas J. Shaw et al., Appellants.

(Argued May 9, 1932; decided June 1, 1932.)

*Arthur C. Mandel* for appellants.

*Edward A. Coleman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ. Not sitting: Crane, J.